# Exhibit A



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FILED
CLERK, U.S. DISTRICT COURT

JAN 2 1 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

NOTE CHANGES MADE BY THE COURT.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALFRED NASH VILLALOBOS,

Defendant.

Case No. CR 09-00824-GHK

~~[PROPOSED] PROTECTIVE~~
ORDER GRANTING
ISSUANCE OF EARLY
RETURN SUBPOENAS *DUCES
TECUM* AND DELIVERY TO
COUNSEL FOR ALFRED NASH
VILLALOBOS

L.CR.R. 17-4

UNDER SEAL AND *IN
CAMERA*

[NO HEARING NECESSARY]

LAI-3082709v1

[PROPOSED] PROTECTIVE ORDER
CASE NO. 09-00824-GHK

1        GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that

2    the following subpoenas *duces tecum* be issued for early return:

3        (1) Subpoena *duces tecum* issued to the Chabad Israel Center;

4        (2) Subpoena *duces tecum* issued to Bird Marella Boxer Wolpert Nessim

5    Drooks & Lincenberg ("Bird Marella"), *but without prejudice to a*
     *subpoenaed party and Moving to quash under Rule 17(c)(2).*

6        IT IS FURTHER ORDERED that the Chabad Israel Center and Bird Marella

7    will produce the requested documents to the clerk of this Court within twenty (20)

8    calendar days after receipt of the subpoena *duces tecum*. *If the subpoenaed*
     *parties intend to move to quash, counsel shall meet & confer*

9        IT IS FURTHER ORDERED that the clerk of this Court will deliver the

10   requested documents to counsel for defendant Alfred Nash Villalobos without

11   notice to the government. *However, nothing in this order prohibits*
     *any subpoenaed party from disclosing the subpoena &/or the*

12       IT IS FURTHER ORDERED that this Order be filed under seal. *required*
     *documents*

13   *to any party it*

14   *desires.*

15   Dated: 1/20/10

16

17               Judge George H. King
                 United States District Judge

18

19   Prepared by:

20   JONES DAY

21

22   By:

23       Frederick D. Friedman

24   Attorneys for Defendant
     ALFRED NASH VILLALOBOS

25

26

27

28

*& attempt to resolve*
*as many disputes as*
*possible. If disputes*
*remain, a motion to quash*
*shall be noticed for hearing*
*& presented in a fully*
*integrated joint briefing format*
*identifying the disputed request,*
*followed by the moving party's*
*points & authorities, & followed*
*immediately thereafter by the*
*responding party's points & authorities.*
*All other disputes shall be briefed*
*in like manner seriatim.*

[PROPOSED] PROTECTIVE ORDER
CASE NO. 09-00824-GHK

# Exhibit B

Attorney's Name, Address & Phone:
Brian A. Sun (State Bar No. 089410)
basun@jonesday.com
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071-2300
Telephone: (213) 489-3939

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | CASE NUMBER |
|---|---|---|
| United States of America | PLAINTIFF | CR 09-00824-GHK |
| v. | | |
| ALFRED NASH VILLALOBOS | | **SUBPOENA IN A CRIMINAL CASE** |
| | DEFENDANT(S) | |

TO: Bird Marella Boxer Wolpert Nessim Drooks & Lincenberg, 1875 Century Park E., 23rd Fl., Los Angeles, CA 90067

☑ **YOU ARE HEREBY COMMANDED** to appear in the United States District Court at the place, date and time specified below to testify in the above case.

Place: 255 East Temple Street Los Angeles, CA 90012*                    , Courtroom: 650

Date: February 23, 2010          , Time: 10:00 a.m.

☑ **YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):

Please see Attachment.

*Please note, you are not required to appear in person.  The request is for documents to be produced to the Courtroom of Judge George King on or before February 23, 2010.



*Terry Nafisi*
Terry Nafisi,  Clerk of Court

January 26, 2010
Date

CR-21 (09/08)                    SUBPOENA IN A CRIMINAL CASE                    Page 1 of 2

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| **Received by Server** | | |
| **Served** | DATE | PLACE |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| | ☐ Yes ☐ No Amount $ _____ |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____        _____
                    Date                          *Signature of Server*

Address of Server: _____

ADDITIONAL INFORMATION

CR-21 (09/08)                    SUBPOENA IN A CRIMINAL CASE

**ATTACHMENT**

**SCHEDULE OF DOCUMENTS**

**DEFINITIONS AND INSTRUCTIONS**

**Subpoena Issued to Chabad Israel Center**

The following definitions and instructions apply to the requests listed below:

1.     As used herein, the terms "YOU" and "YOUR" refer to the Chabad Israel Center, and any agents or employees acting on its behalf.

2.     "DOCUMENT" as used herein shall mean every form of recording any form of communication or representation upon any tangible thing, including, without limitation, letters, statements, words, pictures, sounds, or symbols, or combinations thereof, whether recorded by handwriting, printing, e-mail, photostatic, or photographic means, magnetic impulse, tape, computer disk, hard-drive, or any other form of data storage, data compilation, or mechanical or electronic recording, videotape, DVD and all other tangible things which come within the meaning of writing contained in Rule 1001 of the Federal Rules of Evidence, or within the meaning of "Document" or "tangible thing" contained in Rule 34 of the Federal Rules of Civil Procedure. Every draft or non-identical copy of a "DOCUMENT" is a separate "DOCUMENT" as that term is used herein.

3.     "DOCUMENT" applies to all information in YOUR possession, control, or custody. Without limiting the term "control," a DOCUMENT is deemed to be within YOUR control if YOU have ownership, possession, or custody of the DOCUMENT, or the right to secure the DOCUMENT or a copy of the DOCUMENT from any person or public or private entity having physical possession of the DOCUMENT. Each and every draft, annotated version, or

otherwise non-identical copy of a DOCUMENT is a separate DOCUMENT for the purposes of these requests.

    4.    If a request calls for the production of a DOCUMENT as to which YOU claim any privilege or any other ground for withholding or otherwise failing to produce any requested DOCUMENT, please provide, at the time at which the other DOCUMENTS are produced, a log which, separately for each DOCUMENT not produced, sets forth: (1) the identity of the author thereof, the parties thereto, and any person who helped in the preparation of the DOCUMENT; (2) the identity of each person to whom the DOCUMENT, or any copy thereof, was transmitted, shown or disclosed by any entity; (3) the identity and location of each person having or last having possession, custody or control of the DOCUMENT and each of any copies thereof; and (4) each and every fact or basis on which YOU claim such a privilege or ground for your refusal to produce, in such detail as would be required to test the claim of privilege on a motion to compel.

    5.    In producing the DOCUMENTS requested herein, please produce them in their original file folders, if any, or in lieu thereof, attach to the set of DOCUMENTS produced from a given file a photographic or electrostatic duplicate of all written or printed material on the original file folder. In addition, the DOCUMENTS shall be produced in the same sequence as they are contained or found in the original file folder. The integrity and internal sequence of the requested DOCUMENTS shall not be disturbed.

## REQUESTS FOR PRODUCTION

1. DOCUMENTS sufficient to identify all individuals employed by YOU or providing services as independent contractors to YOU from 2003 to the present.

2. DOCUMENTS sufficient to identify all parents with a child or children enrolled at YOUR Westside Hebrew School or other classes or courses from 2003 to the present.

3. DOCUMENTS sufficient to identify all individuals who enrolled in any of YOUR adult education classes from 2003 to the present.

4. All organizational charts showing YOUR organizational structure, departments, supervisors and the like.

5. From 2003 to the present, any and all Forms W-2 and Form 1099 tax records of individuals employed by YOU or providing services to YOU as independent contractors and seeking to qualify for a United States visa as a religious worker.

6. From 2003 to the present, any and all payroll records for any individuals employed by YOU or providing services to YOU as independent contractors and seeking to qualify for a United States visa as a religious worker.

7. From 2003 to the present, all DOCUMENTS relating to any individuals employed by YOU or providing services to YOU as independent contractors and seeking to qualify for a United States visa as a religious worker, including any petitions filed on behalf of such individuals; any immigration papers relating to such individuals; any records of payment by YOU to such individuals, including copies of checks issued to such individuals; any records of any payments by such individuals to YOU, including any return to YOU of any part of these individuals' compensation from YOU; any records of donations to YOU by such

individuals; and any correspondence or records of any other communications between YOU and any such individuals.

8.     All DOCUMENTS referring or relating to any of the following: Orit Anjel; Avi Anjel; Roni Paz; Naomi Paz; Malka Dasa; and T. Onse.

9.     All DOCUMENTS referring or relating to Samuel Klein and/or Rafael Rose.

10.    Documents sufficient to identify all individuals who made donations to the Center from 2003 to the present.

LAI-3075948v3

# ATTACHMENT
## SCHEDULE OF DOCUMENTS

### DEFINITIONS AND INSTRUCTIONS

#### Subpoena Issued to Bird Marella Boxer Wolpert Nessim
#### Drooks & Lincenberg

The following definitions and instructions apply to the requests listed below:

1.   As used herein, the terms "YOU" and "YOUR" refer to the law firm of Bird Marella Boxer Wolpert Nessim Drooks & Lincenberg, and any agents or employees acting on its behalf.

2.   "RABBI YEMINI" refers to YOUR client Rabbi Amitai Yemini.

3.   "THE CENTER" refers to the Chabad Israel Center in Los Angeles, Ca.

4.   "DOCUMENT" as used herein shall mean every form of recording any form of communication or representation upon any tangible thing, including, without limitation, letters, statements, words, pictures, sounds, or symbols, or combinations thereof, whether recorded by handwriting, printing, e-mail, photostatic, or photographic means, magnetic impulse, tape, computer disk, hard-drive, or any other form of data storage, data compilation, or mechanical or electronic recording, videotape, DVD and all other tangible things which come within the meaning of writing contained in Rule 1001 of the Federal Rules of Evidence, or within the meaning of "Document" or "tangible thing" contained in Rule 34 of the Federal Rules of Civil Procedure.  Every draft or non-identical copy of a "Document" is a separate "Document" as that term is used herein.

5.   "DOCUMENT" applies to all information in YOUR possession, control, or custody.  Without limiting the term "control," a DOCUMENT is

deemed to be within YOUR control if YOU have ownership, possession, or custody of the DOCUMENT, or the right to secure the DOCUMENT or a copy of the DOCUMENT from any person or public or private entity having physical possession of the DOCUMENT. Each and every draft, annotated version, or otherwise non-identical copy of a DOCUMENT is a separate DOCUMENT for the purposes of these requests.

      6.    If a request calls for the production of a DOCUMENT as to which YOU claim any privilege or any other ground for withholding or otherwise failing to produce any requested DOCUMENT, please provide, at the time at which the other DOCUMENTS are produced, a log which, separately for each DOCUMENT not produced, sets forth:  (1) the identity of the author thereof, the parties thereto, and any person who helped in the preparation of the DOCUMENT; (2) the identity of each person to whom the DOCUMENT, or any copy thereof, was transmitted, shown or disclosed by any entity; (3) the identity and location of each person having or last having possession, custody or control of the DOCUMENT and each of any copies thereof; and (4) each and every fact or basis on which you claim such a privilege or ground for your refusal to produce, in such detail as would be required to test the claim of privilege on a motion to compel.

      7.    In producing the DOCUMENTS requested herein, please produce them in their original file folders, if any, or in lieu thereof, attach to the set of DOCUMENTS produced from a given file a photographic or electrostatic duplicate of all written or printed material on the original file folder. In addition, the DOCUMENTS shall be produced in the same sequence as they are contained or found in the original file folder. The integrity and internal sequence of the requested DOCUMENTS shall not be disturbed.

## REQUESTS FOR PRODUCTION

1.     Any and all DOCUMENTS generated, held or maintained by YOU related to any interactions or contacts with Alfred Nash Villalobos from February 5, 2009 to the present.

2.     Any and all billing entries and/or timesheets generated by YOU related to any negotiations with Alfred Nash Villalobos or any other attorney regarding Orit Anjel and to YOUR work on any federal criminal investigation of RABBI YEMINI or THE CENTER or any inquiry by the federal immigration authorities regarding RABBI YEMINI or THE CENTER.

3.     All DOCUMENTS referring or relating to any federal criminal investigation of RABBI YEMINI or THE CENTER and/or any inquiry by the federal immigration authorities regarding RABBI YEMINI or THE CENTER, including all contacts or communications with any prosecutor or immigration agent and all petitions and other materials regarding religious workers or purported religious workers at THE CENTER.

4.     From 2003 to the present, any and all Forms W-2 and Form 1099 tax records of individuals employed by THE CENTER or providing services to THE CENTER as independent contractors and seeking to qualify for a United States visa as a religious worker.

5.     From 2003 to the present, any and all payroll records for any individuals employed by THE CENTER or providing services to THE CENTER as independent contractors and seeking to qualify for a United States visa as a religious worker.

6.     Any and all DOCUMENTS provided by or obtained from THE CENTER referring or relating to any individuals employed by THE CENTER or providing services to THE CENTER as independent contractors and seeking to

qualify for a United States visa as a religious worker, including any petitions filed on behalf of such individuals; any immigration papers relating to such individuals; any records of payment by THE CENTER to such individuals; any records of payments to THE CENTER by any of these individuals, including any return by these individuals to THE CENTER of all or any part of their compensation from the CENTER; any records of donations to THE CENTER by such individuals; and any correspondence or records of any other communications between THE CENTER and any such individuals.

7.   All DOCUMENTS referring or relating to any of the following: Orit Anjel; Avi Anjel; Roni Paz; Naomi Paz; Malka Dasa; and T. Onse.

8.   All DOCUMENTS referring or relating to Samuel Klein and/or Rafael Rose.

LAI-3075954v2

**Exhibit C**

Privilege Log (Amended)
February 3, 2011

BNG ~ Benjamin N. Gluck

| Beg Doc# | End Doc# | Date | Subject/Description | Protection |
|---|---|---|---|---|
| X | X | | | |
| 068 | | 5/1/2009 | Email from BNG to Joseph Yemini re subpoena | Attorney Client |
| 069 | | 5/1/2009 | Email from Joseph Yemini to BNG re subpoena | Attorney Client |
| 070 | | 6/26/2009 | Email from BNG to Rabbi Amital Yemini re Anjel and investigation | Attorney Client |
| 071 | | 7/2/2009 | Email from Fayge Yemini to BNG re conference | Attorney Client |
| 072 | | 8/5/2009 | Email from Fayge Yemini to BNG re employee | Attorney Client |
| 073 | | 9/8/2009 | Email from BNG to Fayge Yemini re Anjel | Attorney Client |
| 074 | 079 | 9/23/2009 | Email from BNG to Fayge Yemini with draft tolling agreement | Attorney Client |
| 080 | 081 | 10/14/2009 | Email from BNG to Fayge Yemini re document production attaching document produced as 17-0482 | Attorney Client |
| 082 | 086 | 10/16/2009 | Email from BNG to Fayge Yemini with draft diversion agreement | Attorney Client |
| 087 | 091 | 10/28/2009 | Email from BNG to Fayge Yemini with diversion agreement | Attorney Client |
| 092 | | 10/22/2008 | Email from Alicia Eastman, BNG's assistant, to BNG re call from AUSA Keri Axel | Work Product |
| 093 | | 4/29/2009 | Email from Gary Lincenberg, Esq., Bird Marella, re telephone conference with AUSA Keri Axel | Work Product |
| 094 | | 5/1/2009 | Email from Gary Lincenberg, Esq., Bird Marella, re telephone conference with AUSA Keri Axel | Work Product |
| 095 | | 5/5/2009 | Email from David Willingham, Esq., Caldwell Leslie, to BNG re investigation | Joint Defense |
| 096 | | 5/6/2009 | Email from David Willingham, Esq., Caldwell Leslie, to BNG re investigation | Joint Defense |
| 097 | 99 | 6/19/2009 | Email from David Willingham, Esq., Caldwell Leslie, to BNG re investigation | Joint Defense |
| 100 | | 6/24/2009 | Email from David Willingham, Esq., Caldwell Leslie, to BNG re investigation | Joint Defense |
| 101 | | 6/24/2009 | Email from David Willingham, Esq., Caldwell Leslie, to BNG re investigation | Joint Defense |
| 102 | | 7/6/2009 | Emails with from Kathy Grzegorek, Esq., Stone and Grzegorek, to BNG re legal question | Attorney Client/Work Product |
| 103 | | 7/16/2009 | Email from David Willingham, Esq., Caldwell Leslie, to BNG re investigation | Joint Defense |
| 104 | | 7/16/2009 | Emails with David Willingham, Esq., Caldwell Leslie, to BNG re investigation | Joint Defense |
| 105 | 106 | 7/16/2009 | Emails with David Willingham, Esq., Caldwell Leslie, to BNG re investigation | Joint Defense |
| 107 | 108 | 8/11/2009 | Emails with David Willingham, Esq., Caldwell Leslie, to BNG re investigation | Joint Defense |
| 109 | 111 | 8/11/2009 | Emails with David Willingham, Esq., Caldwell Leslie, to BNG re investigation | Joint Defense |
| 112 | 113 | 8/11/2009 | Email from Kathy Grzegorek, Esq., Stone and Grzegorek, to BNG re legal question | Attorney Client/Work Product |
| 114 | | 8/18/2009 | Email from BNG to David Willingham, Esq., Caldwell Leslie, re investigation | Joint Defense |

Privilege Log (Amended)
February 3, 2011

BNG ~ Benjamin N. Gluck

| Beg Doc# | End Doc# | Date | Subject/Description | Protection |
|---|---|---|---|---|
| 001 X | X | | BNG notes to self re case status | Work Product |
| 002 | 003 | | BNG notes to self re evidentiary issues | Work Product |
| 004 | | | BNG notes to self re case status | Work Product |
| 005 | | | BNG notes to self re conference with Rabbi Amitai Yemini | Attorney Client/Work Product |
| 006 | | | BNG notes to self on document (underlying document was produced) | Attorney Client/Work Product |
| 007 | 009 | | BNG notes to self re conference with Rabbi Amitai Yemini | Attorney Client/Work Product |
| 010 | | | Rabbi Amitai Yemini notes to BNG and BNG notes to self re logistical information | Attorney Client/Work Product |
| 011 | | 6/28/ | BNG notes re legal research | Work Product |
| 012 | | 12/14/ | BNG notes to self re conference with Jason Kogan, Esq., Bird Marella | Work Product |
| 013 | | 11/6/2008 | BNG notes to self re conference with Rabbi Amitai Yemini | Attorney Client/Work Product |
| 014 | 018 | 10/19/2008 | BNG notes to self re subpoena responses | Attorney Client/Work Product |
| 019 | 026 | 10/20/2008 | BNG notes to self re conference with Rabbi Amitai Yemini | Attorney Client/Work Product |
| 027 | | 10/30/2008 | BNG notes to self re conference with Rabbi Amitai Yemini | Attorney Client/Work Product |
| 028 | 029 | 2/11/2009 | BNG notes to self re conference with Rabbi Amitai Yemini | Attorney Client/Work Product |
| 030 | | | Summary of payment information prepared by Chabad for BNG | Attorney Client |
| 031 | 032 | 5/19/2009 | BNG notes to self re conference with Rabbi Amitai Yemini | Attorney Client/Work Product |
| 033 | 034 | 6/19/2009 | BNG notes to self re conference with David Willingham, Esq. | Joint Defense/Work Product |
| 035 | 041 | 8/4/2009 | BNG notes to self re conference with Rabbi Amitai Yemini, AUSA Keri Axel, and SA Brian Johnson | Work Product |
| 042 | | 8/5/2009 | BNG notes to self re conference with Daniella Kolman | Work Product |
| 043 | | 8/7/2009 | BNG notes to self re conference with AUSA Keri Axel | Work Product |
| 044 | | 8/18/2009 | BNG notes to self re conference with Rabbi Amitai Yemini, AUSA Joe Akrotirianakis, SA Joy M., and Jason Kogan, Esq. | Work Product |
| 045 | | 8/19/ | BNG notes to self re conference with AUSA Curtis Kin | Work Product |
| 046 | | 10/14/2009 | BNG notes to self re conference with AUSA Joe Akrotirianakis | Work Product |
| 047 | | | BNG notes to self re conference with Rabbi Amitai Yemini | Attorney Client/Work Product |
| 048 | 054 | 1/14/2009 | Peter Shakow, Esq., Bird Marella, notes to self re conference with Chabad employees, AUSA Joe Akrotirianakis, SA Gary Bennett | Work Product |
| 055 | 057 | 1/28/2010 | BNG notes to self re conference with Rabbi Amitai Yemini, AUSA Joe Akrotirianakis, SA Gary Bennett | Work Product |
| 058 | | 2/1/2010 | BNG notes re conversation with Chabad employee | Attorney Client/Work Product |
| 059 | | 2/8/2010 | BNG notes to self re case logistics | Work Product |
| 060 | 062 | 10/24/2008 | Email from BNG to Rabbi Amitai Yemini with memo re investigation | Attorney Client/Work Product |
| 063 | | 10/28/2008 | Email from BNG to Rabbi Amitai Yemini re subpoena response | Attorney Client |
| 064 | 066 | 2/20/2009 | Email from BNG to Rabbi Amitai Yemini with draft letter to Villalobos | Attorney Client |
| 067 | | 5/1/2009 | Email from Joseph Yemini to BNG re subpoena | Attorney Client |

295892_2 BMBWNDL 3531.2

1

2/4/2011

# Exhibit D

# BIRD | MARELLA

**BIRD • MARELLA • BOXER • WOLPERT • NESSIM • DROOKS & LINCENBERG**     A PROFESSIONAL CORPORATION

                                                                    Page   2
                                                            May 19, 2009

Chabad Israeli Center

                                                            File   3531-2
                                                    Invoice Number   33489

Re:  ICE Inquiries

                        PAYMENTS/ADJUSTMENTS

  04/17/09 Multiple    #9715, Chabad Israeli Center, Inc.       1,188.15CR

                    Subtotal for PAYMENTS/ADJUSTMENTS:      $1,188.15CR

                        PAY THIS AMOUNT          $662.40

                                Prior Trust Balance    $15,000.00
                                Current Trust Balance    $15,000.00

            Please return remittance copy with payment

17-1071

# BIRD | MARELLA

### BIRD • MARELLA • BOXER • WOLPERT • NESSIM • DROOKS & LINCENBERG

A PROFESSIONAL CORPORATION

1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561

Telephone (310) 201-2100
Facsimile (310) 201-2110

## ACCOUNTING

May 19, 2009

Chabad Israeli Center
Rabbi Amaitai Yemini
1432 S. Crest Drive
Los Angeles, CA  90035

File  3531-2
Invoice Number  33489

Re:  ICE Inquiries

### For Professional Services Rendered

## REDACTED

| SERVICES | HOURS |
|---|---|
| 04/28/09 BNG | 0.2 |
| 04/28/09 GSL          telephone conference with AUSA Axel | 0.4 |
| 04/29/09 GSL  Telephone conference to          AUSA Axel; | 0.3 |
| 04/30/09 GSL | 0.2 |
|  | 1.1 |
| Subtotal for FEES only: 04/30/09 | $662.40 |

| SUMMARY | HOURS | RATE | |
|---|---|---|---|
| Gary S. Lincenberg | 0.90 | 630.00 | 567.00 |
| Benjamin N. Gluck | 0.20 | 477.00 | 95.40 |
| CURRENT PERIOD FEES AND COSTS: 04/30/09 | | | $662.40 |

PRIOR BALANCE    $1,188.15

17-1070

# BIRD | MARELLA

### BIRD • MARELLA • BOXER • WOLPERT • NESSIM • DROOKS & LINCENBERG

A PROFESSIONAL CORPORATION

1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561

Telephone (310) 201-2100
Facsimile (310) 201-2110

## ACCOUNTING

April 8, 2009

Chabad Israeli Center
Rabbi Amaitai Yemini
1432 S. Crest Drive
Los Angeles, CA  90035

File  3531-2
Invoice Number  33131

Re:  ICE Inquiries

### For Professional Services Rendered

## REDACTED

| SERVICES | | HOURS |
|---|---|---|
| 03/02/09 BNG | | 0.1 |
| NO CHARGE | | ------- |
| | | 0.1 |
| | | ------- |
| Subtotal for FEES only: 03/31/09 | | $0.00 |
| | | --------------- |

| SUMMARY | HOURS | RATE | |
|---|---|---|---|
| Benjamin N. Gluck | 0.10 | 0.00 | 0.00 |

| | | |
|---|---|---|
| PRIOR BALANCE | $1,188.15 |
| PAY THIS AMOUNT | $1,188.15 |
| | ================ |

| | |
|---|---|
| Prior Trust Balance | $15,000.00 |
| Current Trust Balance | $15,000.00 |
| | ================ |

Please return remittance copy with payment

17-1069

# BIRD | MARELLA

### BIRD • MARELLA • BOXER • WOLPERT • NESSIM • DROOKS & LINCENBERG    A PROFESSIONAL CORPORATION

Page  2
March 19, 2009

Chabad Israeli Center

File  3531-2
Invoice Number  33089

Re:  ICE Inquiries

Subtotal for PAYMENTS/ADJUSTMENTS:          $2,478.60CR

PAY THIS AMOUNT          $1,188.15

Prior Trust Balance          $15,000.00
Current Trust Balance          $15,000.00

Please return remittance copy with payment

17-1068

# BIRD | MARELLA

BIRD • MARELLA • BOXER • WOLPERT • NESSIM • DROOKS & LINCENBERG

A PROFESSIONAL CORPORATION

Telephone (310) 201-2100
Facsimile (310) 201-2110

1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561

March 19, 2009

Chabad Israeli Center
Rabbi Amaitai Yemini
1432 S. Crest Drive
Los Angeles, CA  90035

## ACCOUNTING

File  3531-2
Invoice Number  33089

Re:  ICE Inquiries

For Professional Services Rendered

### REDACTED

| SERVICES | | HOURS |
|---|---|---|
| 02/11/09 BNG | | 1.2 |
| 02/20/09 BNG | Letter to Alfred Villalobos; revise same | 0.6 |
| 02/23/09 BNG | letter to Villalobos | 0.3 |
| | | ------- |
| | | 2.1 |
| | | ------- |

Subtotal for FEES only: 02/28/09     $1,001.70

| SUMMARY | HOURS | RATE | |
|---|---|---|---|
| Benjamin N. Gluck | 2.10 | 477.00 | 1,001.70 |

CURRENT PERIOD FEES AND COSTS: 02/28/09      $1,001.70

PRIOR BALANCE      $2,665.05

PAYMENTS/ADJUSTMENTS

| | | | 2,478.60CR |
|---|---|---|---|
| 01/09/09 | 32503 | #3926, Chabad Israel Center | |

17-1067

# BIRD | MARELLA

### BIRD • MARELLA • BOXER • WOLPERT • NESSIM • DROOKS & LINCENBERG    A PROFESSIONAL CORPORATION

Page   3
December 9, 2008

Chabad Israeli Center

File  3531-2
Invoice Number   32503

Re:  ICE Inquiries

Please return remittance copy with payment

17-1066

# BIRD | MARELLA

**BIRD • MARELLA • BOXER • WOLPERT • NESSIM • DROOKS & LINCENBERG**   A PROFESSIONAL CORPORATION

Page 2
December 9, 2008

Chabad Israeli Center

File 3531-2
Invoice Number 32503

Re: ICE Inquiries

| SUMMARY | HOURS | RATE | |
|---------|-------|------|-----|
| Benjamin N. Gluck | 1.80 | 477.00 | 858.60 |
| Laurie A. Gilbert | 9.00 | 180.00 | 1,620.00 |

COSTS INCURRED

| | | |
|---|---|---|
| 11/12/08 | Office Parking | 32.00 |
| 11/14/08 | Photocopies | 45.75 |
| 11/30/08 | Federal Express | 14.60 |
| | Subtotal for COSTS only: 11/30/08 | $92.35 |
| | CURRENT PERIOD FEES AND COSTS: 11/30/08 | $2,570.95 |

PRIOR BALANCE     $4,661.60

PAYMENTS/ADJUSTMENTS

| | | | |
|---|---|---|---|
| 11/24/08 | 32291 | #9392, Chabad Israeli Center, Inc. | 4,567.50CR |
| | | Subtotal for PAYMENTS/ADJUSTMENTS: | $4,567.50CR |

PAY THIS AMOUNT     $2,665.05

| | |
|---|---|
| Prior Trust Balance | $15,000.00 |
| Current Trust Balance | $15,000.00 |

17-1065

# BIRD | MARELLA

### BIRD • MARELLA • BOXER • WOLPERT • NESSIM • DROOKS & LINCENBERG

A PROFESSIONAL CORPORATION

1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561

Telephone (310) 201-2100
Facsimile (310) 201-2110

## ACCOUNTING

December 9, 2008

Chabad Israeli Center
Rabbi Amaitai Yemini
1432 S. Crest Drive
Los Angeles, CA  90035

File  3531-2
Invoice Number  32503

Re:  ICE Inquiries

### For Professional Services Rendered

### REDACTED

| SERVICES | HOURS |
|---|---|
| 11/02/08 BNG | 0.1 |
| 11/03/08 LAG | 2.0 |
| 11/06/08 BNG | 0.7 |
| 11/06/08 LAG | 5.0 |
| 11/07/08 BNG | 1.0 |
| 11/07/08 LAG | 2.0 |
| | 10.8 |

Subtotal for FEES only: 11/30/08   $2,478.60

17-1064

# BIRD | MARELLA

### BIRD • MARELLA • BOXER • WOLPERT • NESSIM • DROOKS & LINCENBERG    A PROFESSIONAL CORPORATION

Page  2
November 10, 2008

Chabad Israeli Center

File   3531-2
Invoice Number   32291

Re:   ICE Inquiries

| SUMMARY | HOURS | RATE | |
|---------|-------|------|---|
| Benjamin N. Gluck | 7.50 | 477.00 | 3,577.50 |
| Laurie A. Gilbert | 5.50 | 180.00 | 990.00 |

COSTS INCURRED

| 10/29/08 | Office Parking | 53.00 |
|----------|----------------|-------|
| 10/31/08 | Photocopies | 41.10 |

| Subtotal for COSTS only: 10/31/08 | $94.10 |
|---|---|
| CURRENT PERIOD FEES AND COSTS: 10/31/08 | $4,661.60 |
| PAY THIS AMOUNT | $4,661.60 |

TRUST ACTIVITY

| 10/24/08 #4523, Chabad Israeli Center, Inc./Gan Chabad | 15,000.00 |
|---|---|
| Total Trust Activity this Period | $15,000.00 |
| Current Trust Balance | $15,000.00 |

Please return remittance copy with payment

17-1063

# BIRD | MARELLA

### BIRD • MARELLA • BOXER • WOLPERT • NESSIM • DROOKS & LINCENBERG

A PROFESSIONAL CORPORATION

1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561

Telephone (310) 201-2100
Facsimile (310) 201-2110

November 10, 2008

Chabad Israeli Center
Rabbi Amaitai Yemini
1432 S. Crest Drive
Los Angeles, CA  90035

# ACCOUNTING

File  3531-2
Invoice Number  32291

Re:  ICE Inquiries

### For Professional Services Rendered

## REDACTED

| SERVICES | HOURS |
|---|---|
| 10/17/08 BNG | |
| email J. Axel | 2.0 |
| 10/19/08 BNG | 2.0 |
| 10/20/08 BNG | |
| | 1.8 |
| 10/24/08 BNG | |
| | 0.4 |
| 10/28/08 BNG | 0.1 |
| 10/29/08 BNG  Telephone conference with K. Axel | 0.2 |
| 10/30/08 BNG | |
| | 1.0 |
| 10/30/08 LAG | |
| | 2.6 |
| 10/31/08 LAG | |
| | 2.9 |
| | ------- |
| | 13.0 |
| | ------- |
| Subtotal for FEES only: 10/31/08 | $4,567.50 |
| | =========== |

17-1062