# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | CR 09-824-GHK |
| Date | April 14, 2011 |

Present: The Honorable **George H. King, United States District Judge**

Interpreter

| Beatrice Herrera | Not Reported | Joseph N. Akrotirianakis - Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| | | | | Michael J Lightfoot | NO | | X |
| | | | | Stephen B Sadowsky | NO | | X |
| Alfred Nash Villalobos | NO | | X | Richard M Steingard | NO | | X |

**Proceedings:** **(In Chambers) Order Re:** Setting Hearing Date for: (1) Motion in Limine to Exclude Portions of Tape-Recorded Conversations; (2) Motion in Limine to Preclude Questioning of Government Witness Concerning Privileged Communication and Work Product; (3) Motion in Limine re Exclusion of Text Messages

These matters are hereby placed on the Court's calendar for hearing on **May 12, 2011** at **9:30 a.m.**

**IT IS SO ORDERED.**

|  --- : --- |
|---|
| Initials of Deputy Clerk    ljw for Bea |