E-Filed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 09-824 GHK | Date | September 26, 2011 |
|---|---|---|---|

| Present: The Honorable | GEORGE H. KING, UNITED STATES DISTRICT JUDGE |
|---|---|

Interpreter   N/A

| Beatrice Herrera | Maria Dellaneve | Joseph Akrotirianakis/Mark Yohalem |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Alfred Nash Villalobos | √ | | √ | Richard Steingard | √ | | √ |

**PROCEEDINGS:**   STATUS CONFERENCE RE: MOTION TO WITHDRAW

   Matter called. Defendant and counsel of record are present. The above matter is before the Court on Counsel's motion to withdraw as counsel of record for defendant. Having conducted a hearing outside the presence of the government, the Court FINDS good cause shown, and therefore motion to be relieved as counsel of record is **granted.** Richard Steingard, Esq., and the firm of Lightfoot, Steingard & Sadowsky LLP are hereby relieved. The clerk is directed to seek and find conflict free counsel to be appointed for defendant Mr. Villalobos. Mr. Steingard is directed to file defendant's post-trial brief in accordance with the current deadline date. The Court will issue such further orders as deemed appropriate.

   **IT IS SO ORDERED.**

|  | : | **26** |
|---|---|---|
| Initials of Deputy Clerk | | Bea |